**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
EUGENE WINFREY,

                              Plaintiff,

                                                                **26 Civ. 1802 (VSB) (GS)**
                    -against-

                                                                **ORDER**
FRANK BISIGNANO, COMMISSIONER
OF SOCIAL SECURITY, et al.,

                              Defendants.
-------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

On May 4, 2026, Defendant Commissioner of Social Security filed what is described on the docket as a "Motion for More Definite Statement."  (Dkt. No. 11).  However, Defendant's filing includes only a "Memorandum of Law in Support of the Commissioner's Motion for a More Definite Statement."  Defendant did not file a notice of motion, as required by Local Civil Rule 7.1(a).  *See* Loc. Civ. R. 7.1(a) (providing that, with certain exceptions not pertinent here, "[a]ll motions *must include*" both "[a] notice of motion" and "[a] memorandum of law") (emphasis added).

Additionally, Defendant's "motion" includes no certificate of service on Plaintiff, who is proceeding *pro se* and has not consented to service through ECF.  As noted previously in this action, "[f]or each electronic filing made in a case involving a self-represented party who has not consented to electronic service, the filing party *must serve the document* on such self-represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) *and file proof of service* for each document so served."  (Docket Entry on March 5, 2026) (emphasis added).  Such certificates are crucial to ensure to confirm that *pro se* plaintiffs have received applicable filings.

Accordingly, the Clerk of Court is respectfully directed to strike the Motion at Docket Number 11. Nothing herein shall prevent Defendant from refiling a Motion for More Definite Statement in accordance with the applicable rules.

**SO ORDERED.**

DATED:    New York, New York
          May 6, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

2