**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
EUGENE WINFREY,

                    Plaintiff,

          -against-

FRANK BISIGNANO, COMMISSIONER
OF SOCIAL SECURITY, et al.,

                   Defendants.
-------------------------------------------------------------------------X

**26 Civ. 1802 (VSB) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Defendants' motion for more definite statement.  (Dkt. No. 13).  The Court has received no response from Plaintiff on the issue.  Plaintiff's deadline to respond to Defendants' motion is extended to June 22, 2026.  Plaintiff is hereby warned that a failure to file a response may result in Defendants' motion being treated as unopposed.

        **SO ORDERED.**

DATED:     New York, New York
            June 4, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge