**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

EUGENE WINFREY,

Plaintiff,

-against-

COMMISSIONER FRANK J. BISIGNANO, *et al.,*

Defendants.

---------------------------------------------------------------------X

**26 Civ. 1802 (VSB) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Defendants state that they wish to apply their previously filed motion for a more definite statement (Dkt. No. 13) to Plaintiff's amended complaint. The Court will allow them to do so. Plaintiff shall provide a response to Defendants' motion by no later than Friday, August 7, 2026. Therein, Plaintiff shall either (1) explain why Defendants' motion should fail based on the allegations in his amended complaint or (2) provide the information sought by Defendants in their motion.

In addition, Plaintiff is reminded that there are legal services available to pro se plaintiffs which may be of use to him in this action. Attached to this order are information sheets regarding pro se assistance in social security appeals through the New York County Lawyers Association and general pro se resources offered by the City Bar Justice Center. Plaintiff also is encouraged to utilize the resources of the Southern District's Pro Se Intake Unit, which may be contacted at (212) 805-0175 or in person at 500 Pearl Street, Room 250, during normal business hours (8:30 am 5:00 pm), Monday - Friday.

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

Gary Stein
_______________________________
The Honorable Gary Stein
United States Magistrate Judge