**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

EUGENE WINFREY,

Plaintiff,

-against-

COMMISSIONER FRANK J. BISIGNANO, *et al.*,

Defendants.

---------------------------------------------------------------------X

**26 Civ. 1802 (VSB) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court held a status conference on October 29, 2026. The Court is in receipt of Plaintiff's motion for leave to file an amended complaint dated October 9, 2026, and accepts this filing as Plaintiff's Second Amended Complaint. (Dkt. No. 29). Defendants' counsel shall submit a letter to the Court by no later than November 5, 2026 stating whether Defendants will accept service, or, in the alternative, require the Court to have a summons issued to the U.S. Marshalls Service to effectuate service on Defendants.

This matter shall be held in abeyance for 30 days, and the parties shall submit a joint status report by no later than November 28, 2026, stating whether the parties have reached an agreement on Plaintiff's pursuit of administrative remedies through the Social Security Administration.

The Clerk is respectfully directed to mail a copy of this Order to Plaintiff at the address indicated on the docket.

**SO ORDERED.**

DATED: New York, New York
October 29, 2026

The Honorable Gary Stein
United States Magistrate Judge